IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,

    Plaintiff,　　　　　　　　　　No. 2:13-cv-0506 DAD P

  vs.

HARPER,

    Defendant.　　　　　　　　　　<u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form

1

1  provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
2  extension of time to do so will result in a recommendation that this action be dismissed without
3  prejudice; and
4        2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed
5  In Forma Pauperis By a Prisoner for use in a civil rights action.
6  DATED: March 25, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:kly
    bont0506.3a