UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>                    Plaintiff,<br><br>         v.<br><br>HARPER,<br><br>                    Defendants. | No.  2:13-cv-0506-MCE-EFB P (TEMP)<br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On April 5, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 5, 2016, are adopted in full;

2. Defendant's June 2, 2015, Order Revoking Plaintiff's IFP status (ECF No. 19) is granted in part;

3. The court's March 25, 2014, order (ECF No. 9) granting IFP status is vacated and plaintiff's IFP status is revoked; and

4. Plaintiff is required to furnish the statutory filing fee of $400 to proceed with this action and is admonished that failure to pay the filing fee within thirty days will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  June 1, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE