UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>    Plaintiff,<br><br>  v.<br><br>HARPER, et al.,<br><br>    Defendants. | No. 2:13-cv-0506-MCE-EFB P (TEMP)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order dated June 2, 2016, plaintiff was directed to pay the statutory filing fee of $400 within thirty days or this action would be dismissed. The thirty-day period has now passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

Accordingly, it is HEREBY ORDERED that this action is dismissed. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 18, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1